IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10MJ3055 |
| | ) | |
| v. | ) | |
| | ) | CONSULAR NOTIFICATION |
| ALEJANDRO ARTEMIO ALCALA, | ) | |
| | ) | |
| Defendant. | ) | |

Attached hereto for filing of record is the defendant's signed consular notification, the original of which was provided to counsel for the government.

DATED this 1st day of October, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge